Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA 90071
(213) 626-2311

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re: MIRAGE BOTTLING GROUP INC. § Case No. 2:12-bk-35770-ER
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Howard M. Ehrenberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,129,685.65 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $123,750.00 | |

3) Total gross receipts of $ 123,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $123,750.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $750,000.00 | $31,733.70 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 201,709.56 | 173,644.63 | 123,750.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 503,117.45 | 409,350.37 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 193,376.73 | 372,735.96 | 372,735.96 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,553,417.00 | 5,264,401.58 | 1,264,400.58 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,496,793.73 | $6,373,698.25 | $2,220,131.54 | $123,750.00 |

4) This case was originally filed under Chapter 11 on July 27, 2012 and it was converted to Chapter 7 on January 07, 2014. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2017          By: /s/Howard M. Ehrenberg
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adv. 14-01802 Axco | 1241-000 | 2,500.00 |
| Adv. 14-01807 Consolidated | 1241-000 | 1,500.00 |
| Adv. 14-01809 The Ink Spot | 1241-000 | 30,000.00 |
| Adv. 14-01811 Nathanson | 1241-000 | 6,500.00 |
| Adv. 14-01813 Penske | 1241-000 | 16,000.00 |
| Adv. 14-01814 T.G.P. | 1241-000 | 2,750.00 |
| Adv. 14-01815 Uline | 1241-000 | 3,000.00 |
| Adv. 14-01816 Valley | 1241-000 | 5,000.00 |
| Adv. 14-01817 West Coast | 1241-000 | 27,500.00 |
| Adv. 14-01818 Havana | 1241-000 | 6,500.00 |
| Adv. 14-01819 SMB | 1241-000 | 22,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$123,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | US Bank NA dba US Bank Equipment Finance | 4210-000 | N/A | 31,733.70 | 0.00 | 0.00 |
| NOTFILED | VEDC | 4210-000 | 750,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $750,000.00 | $31,733.70 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Howard M. Ehrenberg | 2100-000 | N/A | 9,437.50 | 4,331.49 | 4,331.49 |
| Trustee Expenses - Howard M. Ehrenberg | 2200-000 | N/A | 1,051.24 | 482.48 | 482.48 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 136.66 | 136.66 | 136.66 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 7,350.00 | 3,373.39 | 3,373.39 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 7,805.88 | 3,582.62 | 3,582.62 |
| Attorney for Trustee Fees (Trustee Firm) - SulmeyerKupetz | 3110-000 | N/A | 21,630.50 | 9,927.64 | 9,927.64 |
| Attorney for Trustee Expenses (Trustee Firm) - SulmeyerKupetz | 3120-000 | N/A | 681.28 | 312.68 | 312.68 |
| Other - Lesnick, Prince & Pappas LLP | 3210-000 | N/A | 52,440.09 | 52,440.09 | 52,440.09 |
| Other - Menchaca & Company LLP | 3410-000 | N/A | 3,864.00 | 1,773.44 | 1,773.44 |
| Other - Menchaca & Company LLP | 3420-000 | N/A | 52.25 | 23.98 | 23.98 |
| Other - FRANCHISE TAX BOARD | 2820-000 | N/A | 2,945.00 | 2,945.00 | 2,945.00 |
| Other - FR/CAL Boyle Street, LLC | 2410-000 | N/A | 92,220.67 | 92,220.67 | 42,326.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.19 | 58.19 | 58.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.35 | 84.35 | 84.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.02 | 105.02 | 105.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.88 | 114.88 | 114.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.56 | 140.56 | 140.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 130.80 | 130.80 | 130.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.54 | 136.54 | 136.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.06 | 164.06 | 164.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 152.47 | 152.47 | 152.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.16 | 181.16 | 181.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 172.19 | 172.19 | 172.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 169.39 | 169.39 | 169.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 186.67 | 186.67 | 186.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.72 | 174.72 | 174.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.49 | 113.49 | 113.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $201,709.56 | $173,644.63 | $123,750.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SulmeyerKupetz | 6110-000 | N/A | 5,674.50 | 0.00 | 0.00 |
| Buchalter Nemer | 6700-000 | N/A | 88,092.58 | 0.00 | 0.00 |
| Employment Development Department | 6950-000 | N/A | 78,235.62 | 78,235.62 | 0.00 |
| FR/CAL Boyle Street, LLC | 6920-000 | N/A | 331,114.75 | 331,114.75 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $503,117.45 | $409,350.37 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | 122,059.01 | 248,133.52 | 248,133.52 | 0.00 |
| 4 | City of Las Vegas | 5800-000 | 937.50 | 937.50 | 937.50 | 0.00 |
| 9 | Employment Development Department | 5800-000 | 15,679.22 | 30,727.54 | 30,727.54 | 0.00 |
| 17 | Los Angeles County Treasurer and Tax Collector | 5800-000 | N/A | 1,498.90 | 1,498.90 | 0.00 |
| 20 | Dept of Resources, Recycling & Rec | 5800-000 | 54,701.00 | 91,438.50 | 91,438.50 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $193,376.73 | $372,735.96 | $372,735.96 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Decton Inc | 7100-000 | 15,344.00 | 15,344.01 | 15,344.01 | 0.00 |
| 2 | Walters Wholesale Electric Co. | 7100-000 | 23,611.00 | 27,688.74 | 27,688.74 | 0.00 |
| 3 | Internal Revenue Service | 7300-000 | N/A | 55,197.16 | 55,197.16 | 0.00 |
| 5 | RockTenn CP, LLC | 7100-000 | 20,000.00 | 29,903.75 | 29,903.75 | 0.00 |
| 7 | California Custom Bottles, Inc. | 7100-000 | 69,786.00 | 69,346.26 | 69,346.26 | 0.00 |
| 8 | Resilux America, LLC | 7100-000 | 50,428.00 | 55,427.88 | 55,427.88 | 0.00 |
| 9 | Employment Development Department | 7300-000 | N/A | 3,281.36 | 3,281.36 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Penske Truck Leasing Co., L.P. | 7100-000 | N/A | 339,553.13 | 339,553.13 | 0.00 |
| 11 | Providian Staffing Corporation | 7100-000 | 141,537.00 | 151,214.63 | 151,214.63 | 0.00 |
| 12 | Evolutionary Engineering | 7100-000 | 20,774.00 | 20,773.75 | 20,773.75 | 0.00 |
| 13 | U.S. Plastic Inc. | 7100-000 | 30,986.00 | 27,485.85 | 27,485.85 | 0.00 |
| 14 | Plastics & Co-pack LLC | 7100-000 | 91,395.00 | 59,906.70 | 59,906.70 | 0.00 |
| 15 | Polyplastic Corp. | 7100-000 | N/A | 16,256.59 | 16,256.59 | 0.00 |
| 16 | UMINA BROS INC | 7100-000 | 307,947.89 | 307,947.89 | 307,947.89 | 0.00 |
| 19 | West Coast Container | 7100-000 | 77,017.72 | 77,017.72 | 77,017.72 | 0.00 |
| 21 | Carol Van Natta (dba: Fore Girls Golf) | 7100-000 | 7,492.00 | 7,344.49 | 7,344.49 | 0.00 |
| 22 | FRANCHISE TAX BOARD | 7300-000 | N/A | 710.67 | 710.67 | 0.00 |
| 23 | Conrad Garcia Jaurequi and Mareen Jauregui | 7100-000 | N/A | 4,000,001.00 | 0.00 | 0.00 |
| NOTFILED | Mepco Label Systems | 7100-000 | 4,930.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Estrada | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | One Stop Logistics | 7100-000 | 6,469.00 | N/A | N/A | 0.00 |
| NOTFILED | S&T Petroleum | 7100-000 | 158,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Molina | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 3,414.00 | N/A | N/A | 0.00 |
| NOTFILED | FR/CA Boyle Street, LLC | 7100-000 | 233,889.00 | N/A | N/A | 0.00 |
| NOTFILED | Flowdynamics | 7100-000 | 5,150.00 | N/A | N/A | 0.00 |
| NOTFILED | General Press | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Frances Maintenance | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Eric Estrada | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SMB Machinery Systems, LLC | 7100-000 | 35,307.00 | N/A | N/A | 0.00 |
| NOTFILED | Verdugo Hills Medical Assoc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | U Line | 7100-000 | 17,025.58 | N/A | N/A | 0.00 |
| NOTFILED | TGP | 7100-000 | 420.66 | N/A | N/A | 0.00 |
| NOTFILED | California Pet Packaging, Inc. | 7100-000 | 70,577.00 | N/A | N/A | 0.00 |
| NOTFILED | Beucorp, LLC | 7100-000 | 878.00 | N/A | N/A | 0.00 |
| NOTFILED | PLS Check Cashers | 7100-000 | 2,604.38 | N/A | N/A | 0.00 |
| NOTFILED | Linebarger, Coggan, Blair & Sampson | 7100-000 | 885.00 | N/A | N/A | 0.00 |
| NOTFILED | Essel Company | 7100-000 | 935.00 | N/A | N/A | 0.00 |
| NOTFILED | WCMC, Inc. | 7100-000 | 27,473.00 | N/A | N/A | 0.00 |
| NOTFILED | Dev Tech | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Vernon | 7100-000 | 38,800.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Center | 7100-000 | 395.00 | N/A | N/A | 0.00 |
| NOTFILED | Su Casa De Cambio | 7100-000 | 924.00 | N/A | N/A | 0.00 |
| NOTFILED | Color Check Cashing | 7100-000 | 503.70 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Adjustment Bureau, Inc. | 7100-000 | 27,688.74 | N/A | N/A | 0.00 |
| NOTFILED | DECS, Inc. | 7100-000 | 8,103.00 | N/A | N/A | 0.00 |
| NOTFILED | Connect To | 7100-000 | 1,156.09 | N/A | N/A | 0.00 |
| NOTFILED | Chartis | 7100-000 | 748.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Occupational Medicine Provi | 7100-000 | 551.65 | N/A | N/A | 0.00 |
| NOTFILED | David Valdez | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Armtech Security Systems | 7100-000 | 480.00 | N/A | N/A | 0.00 |
| NOTFILED | A Wholesale Forklift Company | 7100-000 | 1,595.59 | N/A | N/A | 0.00 |
| NOTFILED | Alliance One | 7100-000 | 2,195.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,553,417.00 | $5,264,401.58 | $1,264,400.58 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:12-bk-35770-ER  
**Case Name:** MIRAGE BOTTLING GROUP INC.

**Trustee:** (001420)  Howard M. Ehrenberg  
**Filed (f) or Converted (c):** 01/07/14 (c)  
**§341(a) Meeting Date:** 02/24/14

**Period Ending:** 05/11/17

**Claims Bar Date:** 05/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   US Bank Checking Account  no value to the estate  ch. 11 sch value | 633.16 | 0.00 | | 0.00 | FA |
| 2   Bank of America Checking Account  no value to the estate  ch. 11 sch value | 5,264.49 | 0.00 | | 0.00 | FA |
| 3   Citibank checking account  no value to the estate | 0.00 | 0.00 | | 0.00 | FA |
| 4   Security deposit  no value to the estate | 0.00 | 0.00 | | 0.00 | FA |
| 5   Accounts receivable  no value to the estate | 373,788.00 | 373,788.00 | | 0.00 | FA |
| 6   Customer list  no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 7   1994 Trailmobile  no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 8   Machinery, fixtures, equipment  secured | 750,000.00 | 0.00 | OA | 0.00 | FA |
| 9   Adv. 14-01802 Axco  (u)  9-28-15 Order approving 9019 motion  judgment | 0.00 | 8,182.65 | | 2,500.00 | FA |
| 10  Adv. 14-01803 CH Engineering  (u)  judgment | 0.00 | 7,020.00 | | 0.00 | FA |
| 11  Adv. 14-01804 California Custom  (u)  dismissed  4-13-15 Order assigning matter to mediation program | 0.00 | 142,600.98 | | 0.00 | FA |
| 12  Adv. 14-01805 PET Packaging  (u)  judgment | 0.00 | 135,732.30 | | 0.00 | FA |
| 13  Adv. 14-01806 City of Vernon  (u)  dismissed | 0.00 | 21,892.23 | | 0.00 | FA |
| 14  Adv. 14-01807 Consolidated  (u)  9-28-15 Order approving 9019 motion  trial set for 9/28/15 | 0.00 | 15,671.82 | | 1,500.00 | FA |

Printed: 05/11/2017 02:52 PM    V.13.30

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:12-bk-35770-ER  
**Case Name:** MIRAGE BOTTLING GROUP INC.

**Trustee:** (001420) Howard M. Ehrenberg  
**Filed (f) or Converted (c):** 01/07/14 (c)  
**§341(a) Meeting Date:** 02/24/14

**Period Ending:** 05/11/17

**Claims Bar Date:** 05/27/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 15 | Adv. 14-1808 Gabrielyan (u)<br>judgment<br>2-5-16 Order approving 9019 motion<br>payments over 12 months<br>4-13-15 Order assigning matter to mediation program | 0.00 | 22,247.70 | | 0.00 | FA |
| 16 | Adv. 14-01809 The Ink Spot (u)<br>12-14-15 Order approving 9019 motion<br>payments over 10 months<br>judgment | 0.00 | 35,511.06 | | 30,000.00 | FA |
| 17 | Adv. 14-01810 MHA (u)<br>judgment | 0.00 | 11,280.00 | | 0.00 | FA |
| 18 | Adv. 14-01811 Nathanson (u)<br>9-28-15 Order approving 9019 motion<br>4-13-15 Order assigning matter to mediation program | 0.00 | 13,665.00 | | 6,500.00 | FA |
| 19 | Adv. 14-01812 Avalsyan (u)<br>dismissed<br>status conference continued to 9/15/15 | 0.00 | 45,000.00 | | 0.00 | FA |
| 20 | Adv. 14-01813 Penske (u)<br>9-28-15 Order approving 9019 motion<br>4-13-15 Order assigning matter to mediation program | 0.00 | 60,806.33 | | 16,000.00 | FA |
| 21 | Adv. 14-01814 T.G.P. (u)<br>9-28-15 Order approving 9019 motion<br>4-13-15 Order assigning matter to mediation program | 0.00 | 5,932.54 | | 2,750.00 | FA |
| 22 | Adv. 14-01815 Uline (u)<br>2-5-16 Order approving 9019 motion<br>status conference continued to 9/15/15 | 0.00 | 11,407.48 | | 3,000.00 | FA |
| 23 | Adv. 14-01816 Valley (u)<br>9-28-15 Order approving 9019 motion<br>4-13-15 Order assigning matter to mediation program | 0.00 | 31,828.22 | | 5,000.00 | FA |
| 24 | Adv. 14-01817 West Coast (u)<br>9-28-15 Order approving 9019 motion<br>payments over 12 months<br>4-13-15 Order assigning matter to mediation program | 0.00 | 94,674.98 | | 27,500.00 | FA |
| 25 | Adv. 14-01818 Havana (u) | 0.00 | 31,569.65 | | 6,500.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:12-bk-35770-ER  
**Case Name:** MIRAGE BOTTLING GROUP INC.

**Period Ending:** 05/11/17

**Trustee:** (001420) Howard M. Ehrenberg  
**Filed (f) or Converted (c):** 01/07/14 (c)  
**§341(a) Meeting Date:** 02/24/14  
**Claims Bar Date:** 05/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 9-28-15 Order approving 9019 motion<br>4-13-15 Order assigning matter to mediation program |  |  |  |  |  |
| 26 | Adv. 14-01819 SMB (u)<br>12-14-15 Order approving 9019 motion<br>Pretrial: 12/8/15 | 0.00 | 130,000.00 |  | 22,500.00 | FA |
| 27 | Adv. 14-01820 Sayadyan (u)<br>judgment<br>4-13-15 Order assigning matter to mediation program | 0.00 | 26,811.13 |  | 0.00 | FA |
| 28 | Adv. 15-01657 Toros Yeranosian (u)<br>judgment | 0.00 | 128,671.67 |  | 0.00 | FA |
| 29 | Adv. 15-01658 Marda Safaryan (u)<br>judgment | 0.00 | 65,202.25 |  | 0.00 | FA |
| 29 | **Assets Totals** (Excluding unknown values) | **$1,129,685.65** | **$1,419,495.99** |  | **$123,750.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report filed March 2, 2017.  (3/31/17)

Tax returns filed and tax due paid.  Professional fees filed with the Court.  Distribution will be pro-rata to the chapter 7 administrative claims.  01/18/17

Accountants preparing necessary estate tax returns.  Case will be insolvent.  09/27/16

I am collecting payments from two defendants (Asset #16, #24).  I will determine if any of the judgments are collectible or if I will leave them unadministered.  I will employ an accountant to prepare the necessary tax returns and review claims.  (6/30/16)

I have employed special litigation counsel.  Several adversaries were filed on December 16, 2014.  Litigation is ongoing.  No accountant is needed at this time.  Claims bar date is set. At this time, I will change the ETFR date to June 30, 2017. 07/22/15

I was appointed trustee and I immediately converted this chapter 11 case to one under chapter 7.  Debtor ceased operations prior to my appointment.   I abandoned the personal property of the Debtor shortly after the conversion.  I employed counsel to assist me in reviewing and investigating the financial affairs of the Debtor.  The landlord has been granted an administrative claim.  Landlord has requested that I review the chapter 11 professional fees paid to determine if the fees were proper.  I have filed a notice for chapter 11 to file final fee application. The ETFR date is February 28, 2015.  07/22/14

EOD 9/2/16    Menchaca & Company employed, accountants  
EOD 2/12/14 SulmeyerKupetz employed; gen counsel  
EOD 11/4/14 Lesnick Prince & Pappas LLP employed; special litigation counsel

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:12-bk-35770-ER  **Trustee:** (001420) Howard M. Ehrenberg
**Case Name:** MIRAGE BOTTLING GROUP INC.  **Filed (f) or Converted (c):** 01/07/14 (c)
 **§341(a) Meeting Date:** 02/24/14
**Period Ending:** 05/11/17  **Claims Bar Date:** 05/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   February 28, 2015   **Current Projected Date Of Final Report (TFR):**   March 2, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 2:12-bk-35770-ER  
**Case Name:** MIRAGE BOTTLING GROUP INC.  
**Taxpayer ID #:** **-***1232  
**Period Ending:** 05/11/17

**Trustee:** Howard M. Ehrenberg (001420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/15 | {14} | Consolidate Container Company, LP | settlement payment | 1241-000 | 1,500.00 | | 1,500.00 |
| 10/21/15 | {20} | Penske Truck Leasing Co. | settlement payment | 1241-000 | 16,000.00 | | 17,500.00 |
| 10/28/15 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 19,791.67 |
| 10/28/15 | {23} | Valley Economic Development Center | settlement payment | 1241-000 | 5,000.00 | | 24,791.67 |
| 10/29/15 | {21} | T.G.P. Enterprises, Inc. | settlement payment | 1241-000 | 2,750.00 | | 27,541.67 |
| 10/29/15 | {18} | Michael Nathanson | settlement payment | 1241-000 | 6,500.00 | | 34,041.67 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 34,031.67 |
| 11/02/15 | {25} | Havana Graphic Center, Inc. | settlement payment | 1241-000 | 6,500.00 | | 40,531.67 |
| 11/04/15 | {9} | Axco Adhesive Systems Co., Inc. | settlement payment | 1241-000 | 2,500.00 | | 43,031.67 |
| 11/24/15 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 45,323.34 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.19 | 45,265.15 |
| 12/01/15 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 48,265.15 |
| 12/23/15 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 51,265.15 |
| 12/23/15 | {26} | SMB Machinery Systems, LLC | settlement payment | 1241-000 | 22,500.00 | | 73,765.15 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.35 | 73,680.80 |
| 01/05/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 75,972.47 |
| 01/25/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 78,264.14 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.02 | 78,159.12 |
| 02/01/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 81,159.12 |
| 02/09/16 | {22} | Uline, Inc. | settlement payment | 1241-000 | 3,000.00 | | 84,159.12 |
| 02/10/16 | 101 | International Sureties, LTD. | bond premium | 2300-000 | | 136.66 | 84,022.46 |
| 02/19/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 86,314.13 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.88 | 86,199.25 |
| 03/04/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 89,199.25 |
| 03/18/16 | {24} | West Coast Manufacturing | settlement payment | 1241-000 | 2,291.67 | | 91,490.92 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.56 | 91,350.36 |
| 04/06/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 94,350.36 |
| 04/19/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 96,642.03 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.80 | 96,511.23 |
| 05/06/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 99,511.23 |

Subtotals :        $100,291.69        $780.46

{} Asset reference(s)

Printed: 05/11/2017 02:52 PM        V.13.30

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 2:12-bk-35770-ER  
**Case Name:** MIRAGE BOTTLING GROUP INC.  

**Trustee:** Howard M. Ehrenberg (001420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  

**Taxpayer ID #:** **-***1232  
**Period Ending:** 05/11/17  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.54 | 99,374.69 |
| 06/01/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 101,666.36 |
| 06/06/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 104,666.36 |
| 06/21/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 106,958.03 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.06 | 106,793.97 |
| 07/05/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 109,793.97 |
| 07/18/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 112,085.64 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.47 | 111,933.17 |
| 08/09/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 114,933.17 |
| 08/16/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.67 | | 117,224.84 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.16 | 117,043.68 |
| 09/12/16 | {16} | The Ink Spot | settlement payment | 1241-000 | 3,000.00 | | 120,043.68 |
| 09/12/16 | {24} | West Coast Manufacturing Consultants, Inc. | settlement payment | 1241-000 | 2,291.63 | | 122,335.31 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.19 | 122,163.12 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.39 | 121,993.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.67 | 121,807.06 |
| 12/20/16 | 102 | FRANCHISE TAX BOARD | EOD 12/13/16 2014 Form 100S | 2820-000 | | 1,077.00 | 120,730.06 |
| 12/20/16 | 103 | FRANCHISE TAX BOARD | EOD 12/13/16 2015 Form 100S | 2820-000 | | 1,046.00 | 119,684.06 |
| 12/20/16 | 104 | FRANCHISE TAX BOARD | EOD 12/13/16 2016 Form 100S | 2820-000 | | 822.00 | 118,862.06 |
| 12/21/16 | 105 | Lesnick, Prince & Pappas LLP | EOD 11/4/2014 order authorizing employment as special litigation counsel on a contingency fee basis | 3210-000 | | 52,440.09 | 66,421.97 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.72 | 66,247.25 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.49 | 66,133.76 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.77 | 66,044.99 |
| 03/10/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -88.77 | 66,133.76 |
| 04/07/17 | 106 | FR/CAL Boyle Street, LLC | EOD 6/9/14 doc 225 administrative claim | 2410-000 | | 42,326.04 | 23,807.72 |
| 04/07/17 | 107 | Office of the United States Trustee | quarterly fees pro rata | 2950-000 | | 3,582.62 | 20,225.10 |
| 04/07/17 | 108 | United States Bankruptcy Court | court costs pro rata | 2700-000 | | 3,373.39 | 16,851.71 |
| 04/07/17 | 109 | SulmeyerKupetz | EOD 4/6/17 fees and expenses | | | 10,240.32 | 6,611.39 |
| | | | fees pro rata    9,927.64 | 3110-000 | | | 6,611.39 |

Subtotals :              $23,458.31          $116,358.15

{} Asset reference(s)

Printed: 05/11/2017 02:52 PM     V.13.30

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 2:12-bk-35770-ER  
**Case Name:** MIRAGE BOTTLING GROUP INC.  
**Taxpayer ID #:** **-***1232  
**Period Ending:** 05/11/17  

**Trustee:** Howard M. Ehrenberg (001420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | SulmeyerKupetz | expenses pro rata | 312.68 | 3120-000 | | | 6,611.39 |
| 04/07/17 | 110 | Menchaca & Company LLP | EOD 4/6/17 fees and expenses | | | | 1,797.42 | 4,813.97 |
| | | Menchaca & Company LLP | fees pro rata | 1,773.44 | 3410-000 | | | 4,813.97 |
| | | Menchaca & Company LLP | expenses pro rata | 23.98 | 3420-000 | | | 4,813.97 |
| 04/07/17 | 111 | Howard M. Ehrenberg | EOD 4/6/17 fees and expenses | | | | 4,813.97 | 0.00 |
| | | | compensation pro rata | 4,331.49 | 2100-000 | | | 0.00 |
| | | Howard M. Ehrenberg | expenses pro rata | 482.48 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 123,750.00 | 123,750.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 123,750.00 | 123,750.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$123,750.00** | **$123,750.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1266** | 123,750.00 | 123,750.00 | 0.00 |
| | $123,750.00 | $123,750.00 | $0.00 |

{} Asset reference(s)    Printed: 05/11/2017 02:52 PM    V.13.30